IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILLIAM JOHN BERTSCH                                                                       PLAINTIFF

v.                                          Civil No. 6:21-cv-06004

MAJOR ANDY LARUE, *et. al.*                                                            DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed April 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 12.) Plaintiff proceeds in this section 42 U.S.C. §1983 action *pro se*. Judge Bryant recommends that Plaintiff's Complaint be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *Id.*

No party has filed objections to the Report and Recommendation, and the time to object has now passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 6th day of May 2021.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE